IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

**KOBI OKERA SMITH,**                       CHAPTER 13

       **DEBTOR.**                            CASE NO. 16-10416-WIL

## NOTICE OF APPEARANCE

       The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Bank of America, N.A., and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Kimberly B. Lane, Esquire, Bar No. 18513
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Deena Reynolds, Esquire, Bar No. 11414
Douglas S. Rubin, Esquire, Bar No. 18644
Samuel I. White, P. C.
611 Rockville Pike
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 20th day of January, 2016 on all necessary parties including Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road, Suite 401, Bowie, MD 20716; Kobi O. Smith, Counsel for Debtor, 1401 Mercantile Lane, Suite 104, Upper Marlboro, MD 20772; and Kobi Okera Smith, Debtor, 8923 Simeon Ct., Upper Marlboro, MD 20772-5241.

**/s/KIMBERLY B. LANE**
Kimberly B. Lane, Esquire
Samuel I. White, P. C.