UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:   Kobi Okera Smith                              Case No. 16-10416-WIL
                                                       Chapter 13

LINE OF APPEARANCE

Please enter the appearance of Kyle J. Moulding, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>Wilmington Trust, National Association, as Successor Indenture Trustee to CitiBank, N.A., as Indenture Trustee for Bear Stearns Second Lien Trust 2007-1, Mortgage-Backed Notes, Series 2007-1,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

<u>/s/  Kyle J. Moulding, Esq.</u>
Attorney for Movant
Bar No. 30148
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

Certificate of Service

I hereby certify that on 20th day of January, 2016 copies of the foregoing Notice were mailed, first class, postage prepaid to:

Kobi Okera Smith
8923 Simeon Ct
Upper Marlboro, Maryland  20772-5241

Copies were sent electronically thru the CM/ECF system to  Nancy L. Spencer Grigsby, Trustee.

<u>/s/ Kyle J. Moulding, Esq.</u>

16-600236